On appellant's motion for clarification filed April 5, motion allowed; opinion (103 Or App 614, 798 P2d 717 (1990)) clarified and adhered to as clarified July 31, 1991

In the Matter of the Marriage of

Dane Edward SMITH,
*Appellant,*
*and*

Virginia Louise SMITH,
nka Abraham,
*Respondent.*

(89DMO243; CA A61359)

813 P2d 1137

Brasch & Bauder, North Bend, for motion.

Burch & Burnett, P.C., Coquille, *contra.*

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J.

**PER CURIAM**

Husband moves the court for clarification of our opinion, 103 Or App 614, 798 P2d 717 (1990), *rev den* 311 Or 87 (1991). We allow the motion. The spousal support modification is effective as of the date of the appellate judgment, February 26, 1991.

Motion allowed; opinion clarified and adhered to as clarified.